# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KENNETH WAYNE GILMORE**                                **PLAINTIFF**

**V.**                  **CASE NO. 3:12CV00133 JMM/BD**

**JACK McCAIN,** *et al.*                                         **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Gilmore's claims against the Craighead County Detention Center are DISMISSED, with prejudice, this  9  day of  July , 2012.

_____
UNITED STATES DISTRICT JUDGE