IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH WAYNE GILMORE                                                                          PLAINTIFF

V.                              CASE NO. 3:12CV00133-JMM-BD

JACK McCAIN, et al.                                                                                 DEFENDANTS

## ORDER

Plaintiff Kenneth Wayne Gilmore, a former inmate at the Craighead County Detention Facility, filed a Complaint on June 4, 2012, against three named defendants and also against unnamed "Doe" defendants, identified as medical staff at the detention facility. Mr. Gilmore was granted *in forma pauperis* status on June 6, 2012.

Mr. Gilmore was ordered to identify and serve the Doe defendants on or before October 9, 2012. See Federal Rule of Civil Procedure 4(m). In the order, the Court warned Mr. Gilmore that any Defendant not properly served by that date would be dismissed from the lawsuit. (Docket entry #5)

Mr. Gilmore has not identified the Doe defendants and the time for doing so has passed. In accordance with Federal Rule of Civil Procedure 4(m), and Local Rule 5.5(c)(2), the claims against the Doe defendants are dismissed, without prejudice.

IT IS SO ORDERED this 18th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE