IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH WAYNE GILMORE                                                          PLAINTIFF

V.                              CASE NO. 3:12CV00133-JMM-BD

JACK McCAIN, et al.                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 4th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE